IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CTI SYSTEMS SA,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 14-cv-6723 |
| | : | |
| **HERR INDUSTRIAL, INC.,** | : | |
| Defendant. | : | |
| | : | |

# O R D E R

**AND NOW**, this 11th day of March 2015, upon consideration of the defendant's motion to dismiss or transfer venue (Doc. No. 9) and all responses thereto, it is hereby **ORDERED** that the motion is **GRANTED** and the complaint is **DISMISSED without prejudice.**

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.